Exhibit 1

Int. Cls.: 6, 9, 12, 14, 16, 18, 21, 24, 25, 27, 28, 30 and 34

Prior U.S. Cls.: 1, 2, 3, 5, 8, 13, 19, 21, 22, 23, 25, 26, 27, 28, 29, 37, 38, 39, 42, 46 and 50

**United States Patent and Trademark Office**

Reg. No. 1,908,112
Registered Aug. 1, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## NASCAR

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC. (FLORIDA CORPORATION)
P.O. BOX 2875
DAYTONA BEACH, FL 321152875

FOR: COMMON METALS; NAMELY, KEY CHAINS, LICENSE PLATES AND PINS, IN CLASS 6 (U.S. CLS. 13, 25 AND 50).
FIRST USE 11-29-1991; IN COMMERCE 11-29-1991.

FOR: SCIENTIFIC APPARATUS; NAMELY AM/FM RADIO HEADSETS, ELECTRONIC MICROPHONES, GUMBALL MACHINES, SUNGLASSES, TELEPHONES, VIDEO CASSETTES ON THE SUBJECT OF STOCK CAR AUTO RACING, AND WALKIE TALKIES, IN CLASS 9 (U.S. CL. 26).
FIRST USE 2-3-1991; IN COMMERCE 2-3-1991.

FOR: MUD GUARDS FOR MOTOR VEHICLES, IN CLASS 12 (U.S. CL. 19).
FIRST USE 6-0-1992; IN COMMERCE 6-0-1992.

FOR: PRECIOUS METALS; NAMELY, SILVER MEDALLIONS, BRONZE MEDALLIONS, STOP WATCHES AND WRIST WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).
FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

FOR: PAPER ARTICLES, NAMELY BUMPER STICKERS, CALENDARS, DISPLAY COUNTER UNITS FOR TRADING CARDS, COMIC BOOKS, DECALS, DRIVER'S IDENTIFICATION CARDS, BOOK COVERS, MEMO PADS, PENS, PENCIL, MOUNTED AND UNMOUNTED PHOTOGRAPHS, UNCALIBRATED PLASTIC RULERS, PLACEMATS, NOTEBOOKS, THREE RING BINDERS, TRADING CARDS, GRAPHIC APPLICATIONS FOR AUTOMOBILES AND TRADING CAR ALBUMS, LAMINATED BANNERS, LAMINATED SIGNS, PENCIL BAGS, AND RUBBER ARTICLES, NAMELY ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 3-0-1990; IN COMMERCE 3-0-1990.

FOR: LEATHER AND LEATHER IMITATIONS; NAMELY, BACK PACKS, CREDENTIAL HOLDERS, WALLETS, FANNY PACKS, AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1 AND 3).
FIRST USE 5-27-1992; IN COMMERCE 5-27-1992.

FOR: HOUSEHOLD UTENSILS; NAMELY, BATTERY OPERATED TOOTHBRUSHES WITH PLASTIC CAR STAND, MUGS, SHOT GLASSES, DRINKING GLASSES, FRUIT JARS, SALT AND PEPPER SHAKERS, DECANTERS, AND PLASTIC SPORT BOTTLES, IN CLASS 21 (U.S. CLS. 2, 21 AND 29).
FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

FOR: TEXTILE GOODS; NAMELY, BEACH TOWELS, BEDSPREADS, BLANKETS, COMFORTERS, PILLOWCASES, PILLOW SHAMS, SHEETS, WINDOW TREATMENTS; NAMELY, CURTAINS AND DRAPERIES; CLOTH BANNERS, AND SLUMBER BAG CARRIERS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 6-7-1991; IN COMMERCE 6-7-1991.

2    1,908,112

FOR: CLOTHING; NAMELY, CAPS, BASEBALL HATS, SWEAT SHIRTS, SWEAT PANTS, FOOTWEAR, GOLF SHIRTS, JACKETS, KNIT CAPS, PANTS, VESTS, SHORTS, STRAW HATS, SWEATERS, TANK TOPS, T-SHIRTS AND VISORS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-13-1974; IN COMMERCE 8-13-1974.

FOR: FLOOR MATS FOR MOTOR VEHICLES, IN CLASS 27 (U.S. CL. 50).

FIRST USE 6-0-1992; IN COMMERCE 6-0-1992.

FOR: GAMES AND PLAYTHINGS; NAMELY, BATTERY OPERATED RIDE-ON PLASTIC CARS, BATTERY OPERATED PINBALL MACHINES, BOARD GAMES, DIE CAST MINIATURE CARS, DIE CAST MINIATURE TRUCKS, ELECTRONIC DRIVING GAMES, ELECTRONIC ROAD RACING SETS, ELECTRONIC SLOT CARS, EXTRA RACE TRACK, PLASTIC ACTION FIGURES, BATTERY OPERATED DASHBOARD DRIVING GAMES, CORRUGATED RACE TRACK, MINIATURE TROPHIES, PLASTIC MODEL CARS, PLASTIC WALL RACERS, PLUSH STUFFED ANIMALS, POOL CUES, PUZZLES, RADIO CONTROL CARS AND TOYS, NAMELY MINIATURE WIND-UP VEHICLE AND VEHICLE LAUNCHER, IN CLASS 28 (U.S. CL. 22).

FIRST USE 5-21-1990; IN COMMERCE 5-21-1990.

FOR: EDIBLE GOODS; NAMELY, CHOCOLATE CANDY BARS AND COOKIES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-25-1991; IN COMMERCE 2-25-1991.

FOR: SMOKERS ARTICLES; NAMELY, ASHTRAYS, IN CLASS 34 (U.S. CL. 8).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

OWNER OF U.S. REG. NOS. 817,553, 1,054,100 AND OTHERS.

SER. NO. 74-331,866, FILED 11-12-1992.

CARYN HINES, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,388,088**
**Registered Jan. 23, 2018**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

National Association for Stock Car AutoRacing, Inc. (FLORIDA CORPORATION)
Attn: Legal Department
One Daytona Blvd.
Daytona Beach, FLORIDA 32114

CLASS 25: Clothing, namely, caps, hats, baseball hats, straw hats, visors, tops, collared shirts, sport shirts, golf shirts, t-shirts, tank tops, sweaters, sweat shirts, jackets, coats, rainwear, sweat pants, pants, shorts, nightgowns, pajamas, robes, vests, socks, belts, shoes, and footwear

FIRST USE 12-1-2016; IN COMMERCE 12-1-2016

The color(s) yellow, red, blue and black is/are claimed as a feature of the mark.

The mark consists of the black word "NASCAR" in stylized font; to the left of the wording are a blue bar, two red bars and two yellow bars, which diminish in thickness from right to left.

OWNER OF U.S. REG. NO. 1054100, 1850527, 0990987

SER. NO. 87-271,844, FILED 12-16-2016

*Joseph Matol*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,578,788**
**Registered Oct. 09, 2018**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

National Association for Stock Car AutoRacing, Inc. (FLORIDA CORPORATION)
Attn: Legal Department
One Daytona Blvd.
Daytona Blvd., FLORIDA 32114

CLASS 25: Clothing, namely, caps, hats, baseball hats, headwear, visors, tops, collared shirts, sports shirts, golf shirts, t-shirts, tank tops, sweaters, sweat-shirts, jackets

FIRST USE 1-1-2017; IN COMMERCE 1-1-2017

The color(s) blue, red, and yellow is/are claimed as a feature of the mark.

The mark consists of A blue bar, two red bars, and two yellow bars, which diminish in thickness from right to left.

SER. NO. 87-751,881, FILED 01-11-2018

*Andrei Iancu*

Director of the United States
Patent and Trademark Office

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1     ETAS ID: TM564792
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ENTITY CONVERSION |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| National Association for Stock Car Auto Racing, Inc. | | 12/11/2019 | Corporation: FLORIDA |

## RECEIVING PARTY DATA

| Name: | National Association for Stock Car Auto Racing, LLC |
|---|---|
| Street Address: | One Daytona Boulevard |
| City: | Daytona Beach |
| State/Country: | FLORIDA |
| Postal Code: | 32114 |
| Entity Type: | Limited Liability Company: FLORIDA |

## PROPERTY NUMBERS Total: 63

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 88289950 | ENASCAR HEAT PRO LEAGUE |
| Serial Number: | 88722847 | NASCAR CUP SERIES |
| Serial Number: | 88722843 | |
| Serial Number: | 88294246 | NASCAR THE TRIP TRIPLE TRUCK CHALLENGE |
| Serial Number: | 88509325 | NASCAR ACCELERATION NATION |
| Serial Number: | 88466594 | NORTH AMERICAN ENDURANCE CHAMPIONSHIP |
| Serial Number: | 88031229 | ENASCAR IGNITE SERIES |
| Registration Number: | 5675226 | NASCAR |
| Registration Number: | 5785326 | ENASCAR |
| Serial Number: | 88055191 | TRACKPASS |
| Registration Number: | 5579677 | NASCAR |
| Registration Number: | 5578788 | |
| Registration Number: | 5437213 | |
| Registration Number: | 5587231 | NASCAR HEAT |
| Registration Number: | 5368559 | NASCAR NEXT |
| Registration Number: | 5388089 | NASCAR |
| Registration Number: | 5392803 | NASCAR |
| Registration Number: | 5388088 | NASCAR |
| Registration Number: | 5388087 | NASCAR |

OP $1590.00 88289950

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5347245 | NASCAR SALUTES |
| Registration Number: | 5908324 | FANSCHOICE.TV |
| Registration Number: | 5908323 | FANSCHOICE.TV |
| Registration Number: | 4941281 | NAMES ARE MADE HERE. |
| Registration Number: | 4999530 | 600 MILES OF REMEMBRANCE |
| Registration Number: | 4708353 | CHAMPIONSHIP 4 |
| Registration Number: | 4633986 | GOOD GOES ROUND |
| Registration Number: | 4155549 | NASCAR AUTHENTICS |
| Registration Number: | 4818378 | NASCAR ACCELERATION NATION |
| Registration Number: | 4523050 | AIR TITAN |
| Registration Number: | 4523048 | NASCAR AIR TITAN |
| Registration Number: | 4225130 | TROOPS TO THE TRACK |
| Registration Number: | 4046789 | NASCAR TEAM PROPERTIES |
| Registration Number: | 4289440 | STRICTLY STOCK |
| Registration Number: | 4230397 | NASCAR CLASSICS · EST 1948 · |
| Registration Number: | 3940121 | NASCAR HOME TRACKS |
| Registration Number: | 3183888 | NASCAR HALL OF FAME |
| Registration Number: | 3152285 | THE NASCAR FOUNDATION |
| Registration Number: | 3050478 | DRIVE FOR DIVERSITY |
| Registration Number: | 2976180 | NASCAR LIBRARY COLLECTION |
| Registration Number: | 2901876 | NASCAR SPEEDPARK |
| Registration Number: | 2901874 | NASCAR.COM |
| Registration Number: | 2901873 | NASCAR.COM |
| Registration Number: | 3960526 | HIGH OCTANE THEATRE |
| Registration Number: | 3920955 | WHERE THE RACE LIVES ON. |
| Registration Number: | 3643963 | NASCAR FUEL FOR BUSINESS COUNCIL |
| Registration Number: | 3643962 | NASCAR FUEL FOR BUSINESS |
| Registration Number: | 2873615 | NASCAR OFFICIAL MEMBER |
| Registration Number: | 2885737 | NASCAR INTERNATIONAL |
| Registration Number: | 2643423 | GRAND AMERICAN ROAD RACING ASSOCIATION |
| Registration Number: | 2528102 | SPEEDIATRICS |
| Registration Number: | 2082197 | NASCAR |
| Registration Number: | 2635539 | NASKART |
| Registration Number: | 2026304 | NASCAR WINTER HEAT |
| Registration Number: | 1908112 | NASCAR |
| Registration Number: | 1860041 | NATIONAL ASSOCIATION FOR STOCK CAR AUTO |
| Registration Number: | 1850527 | NASCAR |
| Registration Number: | 1137042 | GRAND AMERICAN |

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 1054100 | NASCAR |
| **Registration Number:** | 0967256 | NASCAR INTERNATIONAL |
| **Registration Number:** | 0990987 | NASCAR |
| **Registration Number:** | 0914501 | GRAND NATIONAL |
| **Registration Number:** | 0817553 | NASCAR INTERNATIONAL |
| **Registration Number:** | 0915277 | GRAND AMERICAN |

**CORRESPONDENCE DATA**

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 386-681-4330 |
| **Email:** | trademarks@nascar.com |
| **Correspondent Name:** | Heidi Stembridge |
| **Address Line 1:** | One Daytona Boulevard |
| **Address Line 4:** | Daytona Beach, FLORIDA 32114 |

| | |
|---|---|
| **NAME OF SUBMITTER:** | Neil Magnuson |
| **SIGNATURE:** | /Neil Magnuson/ |
| **DATE SIGNED:** | 03/02/2020 |

**Total Attachments: 6**
source=EntityConversion#page1.tif
source=EntityConversion#page2.tif
source=EntityConversion#page3.tif
source=EntityConversion#page4.tif
source=EntityConversion#page5.tif
source=EntityConversion#page6.tif

L19000299252

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP  ☐ WAIT  ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____ Certificates of Status _____

Special Instructions to Filing Officer:

W19000117554

Office Use Only



700337918757

FILED
2019 DEC 11 AM 10: 51
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

2019 DEC 11 PH 12: 20

DEC 10 2019

Brumbley

TRADEMARK
REEL: 006879 FRAME: 0981

```
CORPORATION SERVICE COMPANY
1201 Hays Street
Tallhassee, FL 32301
Phone: 850-558-1500


                      ACCOUNT NO.    :  I20000000195

                      REFERENCE      :  095846      5167167

                      AUTHORIZATION  :  [signature]

                      COST LIMIT     :  $25.00  150.00
------------------------------------------------------------

ORDER DATE  :  December 10, 2019

ORDER TIME  :  8:44 AM

ORDER NO.   :  095846-005

CUSTOMER NO:   5167167

------------------------------------------------------------

                    DOMESTIC AMENDMENT FILING


         NAME:    NATIONAL ASSOCIATION FOR STOCK
                  CAR AUTO RACING, INC.


         EFFECTIVE DATE:


  XX     ARTICLES OF AMENDMENT: CONVERSION
         RESTATED ARTICLES OF INCORPORATION


  PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

         _____  CERTIFIED COPY
         XX      PLAIN STAMPED COPY
         _____  CERTIFICATE OF GOOD STANDING


  CONTACT PERSON:  Amanda Robinson -- EXT# 62968

                            EXAMINER'S INITIALS: _____
```

**TRADEMARK**
**REEL: 006879 FRAME: 0982**

Articles of Conversion
For
"Other Business Entity"
Into
Florida Limited Liability Company

The Articles of Conversion **and attached Articles of Organization** are submitted to convert the following "Other Business Entity" into a Florida Limited Liability Company in accordance with s.605.1045, Florida Statutes.

1. The name of the "Other Business Entity" immediately prior to the filing of the Articles of Conversion is:
NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.
(Enter Name of Other Business Entity)

2. The "Other Business Entity" is a CORPORATION
(Enter entity type. Example: corporation, limited partnership, general partnership, common law or business trust, etc.)

First organized, formed or incorporated under the laws of FLORIDA
(Enter state, or if a non-U.S. entity, the name of the country)

on FEBRUARY 21, 1948
(date of organization, formation or incorporation)

3. The name of the Florida Limited Liability Company as set forth in the attached Articles of Organization:
NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC
(Enter Name of Florida Limited Liability Company)

4. If not effective on the date of filing, enter the effective date:_____.
(The effective date: Cannot be prior to date of receipt or filed date nor more than 90 calendar days after the date this document is filed by the Florida Department of State.)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

5. The plan of conversion has been approved in accordance with all applicable statutes.

6. The "Converted or Other Business Entity" has agreed to pay any members having appraisal rights the amount to which such members are entitled under ss. 605.1006 and 605.1061-605.1072, F.S.

FILED 2019 DEC 11 AM 10:51

TRADEMARK
REEL: 006879 FRAME: 0983

Signed this 10th day of December 20 19.

**Signature of Authorized Representative of Limited Liability Company:**

Signature of Authorized Representative: _____
Printed Name: W. Garrett Crotty          Title: Secretary

**Signature(s) on behalf of Other Business Entity:** [See below for required signature(s)]

Signature: _____
Printed Name: W. Garrett Crotty          Title: Secretary

Signature: _____
Printed Name: _____          Title: _____

Signature: _____
Printed Name: _____          Title: _____

Signature: _____
Printed Name: _____          Title: _____

Signature: _____
Printed Name: _____          Title: _____

Signature: _____
Printed Name: _____          Title: _____

**If Florida Corporation:**
Signature of Chairman, Vice Chairman, Director, or Officer.
If Directors or Officers have not been selected, an Incorporator must sign.

**If Florida General Partnership or Limited Liability Partnership:**
Signature of one General Partner.

**If Florida Limited Partnership or Limited Liability Limited Partnership:**
Signatures of **ALL** General Partners.

**All others:**
Signature of an authorized person.

**Fees:**

| | |
|---|---|
| Articles of Conversion: | $25.00 |
| Fees for Florida Articles of Organization: | $125.00 |
| Certified Copy: | $30.00 (Optional) |
| Certificate of Status: | $5.00 (Optional) |

## ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

**ARTICLE I - Name:**
The name of the Limited Liability Company is:

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC
(Must contain the words "Limited Liability Company, "L.L.C.," or "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

| Principal Office Address: | Mailing Address: |
|---|---|
| 1 DAYTONA BOULEVARD | ATTN: S. Thompson |
| DAYTONA BEACH, FL 32114 | 1 Daytona Boulevard |
|  | Daytona Beach, FL 32114 |

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

W. GARRETT CROTTY
Name

1 DAYTONA BOULEVARD
Florida street address (P.O. Box **NOT** acceptable)

DAYTONA BEACH          FL 32114
City                             Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S..*

Registered Agent's Signature (REQUIRED)

(CONTINUED)

**ARTICLE IV-**
The name and address of each person authorized to manage and control the Limited Liability Company:

| Title: | Name and Address: |
|---|---|
| "AMBR" = Authorized Member | |
| "MGR" = Manager | |
| AMBR | France Enterprises, Inc. |
| | 1 Daytona Boulevard |
| | Daytona Beach, FL 32114 |

(Use attachment if necessary)

**ARTICLE V:** Other provisions, if any.

**REQUIRED SIGNATURE:** _[signature]_

Signature of a member or an authorized representative of a member

This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

Typed or printed name of signee

**Filing Fees**
$125.00 Filing Fee for Articles of Organization and Designation of Registered Agent
$ 30.00 Certified Copy (Optional)     $ 5.00 Certificate of Status (Optional)