**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTORACING, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 25-cv-02577<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge M. David Weisman** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff NATIONAL ASSOCIATION FOR STOCK CAR AUTORACING, LLC ("NASCAR" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and NASCAR having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; NASCAR having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, NASCAR has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of NASCAR's federally registered trademarks, which are protected by United States Trademark Registration Nos. 1,908,112; 5,388,088; and 5,578,788 (the "NASCAR Trademarks") to residents of Illinois. In this case, NASCAR has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using counterfeit versions of the NASCAR Trademarks. *See* Docket No.[16], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing and/or counterfeit versions of the NASCAR Trademarks.

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that NASCAR's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the NASCAR Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine NASCAR product or not authorized by NASCAR to be sold in connection with the NASCAR Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine NASCAR product or any other product produced by NASCAR, that is not NASCAR's or not produced under the authorization, control, or supervision of NASCAR and approved by NASCAR for sale under the NASCAR Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of NASCAR, or are sponsored by, approved by, or otherwise connected with NASCAR; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for NASCAR, nor authorized by NASCAR to be sold

or offered for sale, and which bear any of NASCAR's trademarks, including the NASCAR Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Walmart Inc. ("Walmart") (the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the NASCAR Trademarks; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the NASCAR Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine NASCAR product or not authorized by NASCAR to be sold in connection with the NASCAR Trademarks.

3. Upon NASCAR's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the NASCAR Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), NASCAR is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use

of counterfeit NASCAR Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and First Amended Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Walmart, are hereby released to NASCAR as partial payment of the above-identified damages, and Third Party Providers, including Walmart, are ordered to release to NASCAR the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until NASCAR has recovered full payment of monies owed to it by any Defaulting Defendant, NASCAR shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that NASCAR identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, NASCAR may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Megan Malayter and any e-mail addresses provided for Defaulting Defendants by third parties.

9.      The One Hundred Ninety-Three Thousand Dollar ($193,000) surety bond posted by NASCAR is hereby released to NASCAR or its counsel, Keith Vogt, Ltd., 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to NASCAR or its counsel.

This is a Default Final Judgment.

Dated: June 10, 2025

_____

Mary M. Rowland United States
District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | 33uoii |
| 2 | Aimaruiwal |
| 3 | Alex Group |
| 4 | Allreen & Sfneewho |
| 5 | █████████ |
| 6 | AOC ORGANIC VIETNAM COMPANY LIMITED |
| 7 | █████████ |
| 8 | AYUS SHOP |
| 9 | Bathtub and shower |
| 10 | BestieGifts |
| 11 | BFYSFBAIG |
| 12 | bikaidianzimaoyi |
| 13 | bppmkin |
| 14 | BYwenjv |
| 15 | CaoMeiJianJian |
| 16 | CCH |
| 17 | CFJKF |
| 18 | changshashibiankai |
| 19 | Chbrstore |
| 20 | Chen Fangfang Toys |
| 21 | CHEXPEL |
| 22 | Clearance-HIBRO |
| 23 | D&D Everything |
| 24 | Dengyli |
| 25 | Diansi |
| 26 | DIEU KHANG LTD |
| 27 | Diling |
| 28 | Din699h |
| 29 | DSXenun |
| 30 | DYWADE |
| 31 | FAN XI |
| 32 | Fashionab |
| 33 | flameee |
| 34 | Funny Kitty Shirts |
| 35 | funnytoylimited |
| 36 | GARENAS |
| 37 | gdfgdvc |
| 38 | GGofunny |
| 39 | GTYYNNMTTG |
| 40 | GuangZhou xiangbeiankejiyouxiangongsi |

| | |
|---|---|
| 41 | guangzhoujinchenghongmaoyiyouxiangongsi |
| 42 | guangzhouruixinyikejiyouxiangongsi |
| 43 | guangzhouyurenlimaoyiyouxiangongsi |
| 44 | GUIhp |
| 45 | GuoLiangyong254 |
| 46 | GUYUIIEI |
| 47 | hainanbaichuandongdaohai |
| 48 | hanghairenrenzhishi |
| 49 | HASUN VN LTD |
| 50 | HAZOEDPRIN |
| 51 | hefumensh |
| 52 | HITAEEAI |
| 53 | huachenyuexikeji |
| 54 | huayue |
| 55 | huizhoushihuajingshengkeji |
| 56 | HWTuang |
| 57 | Interesting DIY |
| 58 | invdc |
| 59 | JEYXGSQ |
| 60 | JianLog |
| 61 | jiezaoshumaoyi |
| 62 | Jingxiu |
| 63 | jinyuanfu |
| 64 | JINZHAOYOUJIU |
| 65 | JPGIF |
| 66 | jungdeepe |
| 67 | Juqian Store |
| 68 | KIM TA LTD |
| 69 | KKFF |
| 70 | kuangyao |
| 71 | lafuge |
| 72 | LanBenQ |
| 73 | lijinqingqw |
| 74 | █████████ |
| 75 | █████████ |
| 76 | little home |
| 77 | LiuLiuMaoYi |
| 78 | lmmilan |
| 79 | LUODU |
| 80 | Lux Outlet Store |
| 81 | LuZiMaoRn |
| 82 | LYBALYBO |
| 83 | LYs store |

| | |
|---|---|
| 84 | MengJing |
| 85 | Mieusa |
| 86 | MINGS |
| 87 | Minsida |
| 88 | Mirthy Merch |
| 89 | MLFoif |
| 90 | MOGjc |
| 91 | MQjiaju |
| 92 | MtsDJSKF |
| 93 | MUYAN |
| 94 | nanyuezhipin |
| 95 | NITA |
| 96 | Opulent Odyssey |
| 97 | peixiaodianzishangwu |
| 98 | Posh Palette |
| 99 | PQBWAFI |
| 100 | puchongmaoyi |
| 101 | PUISBXS |
| 102 | PuTianShiLiChengQuXiTaDa |
| 103 | qingfengxulaidianzishangwu |
| 104 | qizhihua |
| 105 | |
| 106 | quanzhouxizhengshangmaoyouxiangongsi |
| 107 | Retro Rhythms |
| 108 | SAKIOIOU |
| 109 | SANG NHANG LTD |
| 110 | Sengyong |
| 111 | shanghaiweiyoucaimaoyiyouxiangongsi |
| 112 | shanghaiyuxinqiye |
| 113 | shanghaizhongshushiye |
| 114 | shenzhenshimingchengleikeji |
| 115 | shenzhenshimuyunkejiyouxiangongsi |
| 116 | shenzhenshiyachengjinghua |
| 117 | SHNKGYL |
| 118 | SHongao |
| 119 | SHPENGMEI |
| 120 | shunfa |
| 121 | SHUNYIKEJI |
| 122 | SHXDSXX |
| 123 | SMOO FASHLOVE |
| 124 | Suave Tees |
| 125 | Suonuo |
| 126 | TAIANST |

| | |
|---|---|
| 127 | Tailored Trends |
| 128 | TAM AN LTD |
| 129 | Thenews |
| 130 | Three grass trade |
| 131 | ThusFar Store |
| 132 | TINGTINGSFAAR |
| 133 | UEBXS |
| 134 | UrbanElegance yu |
| 135 | Vivay |
| 136 | Vogue Vestige |
| 137 | wei yi |
| 138 | WEIQIER |
| 139 | Wenwu |
| 140 | WHBanen |
| 141 | WHDen |
| 142 | Wonderful Bazaar |
| 143 | WoXShop |
| 144 | WTGERcdsfv |
| 145 | wujiaxinjiaxs |
| 146 | WULANLA |
| 147 | Xiamen MaifengfengMaoyi Youxiangongsi |
| 148 | xiamenluochuangkejiyouxiangongsi |
| 149 | xiamenmindongsemaoyiyouxiangongsi |
| 150 | xiamensongbiaomaoyiyouxiangongsi |
| 151 | xiamenyihecaimaoyiyouxiangongsi |
| 152 | xiangtangongxi |
| 153 | ███████████████████████ |
| 154 | Xiasspert |
| 155 | Xiheng Street |
| 156 | xinbomaoyi |
| 157 | ███████████████████████ |
| 158 | Xinduolei Fashion Center |
| 159 | Xiujin |
| 160 | xiuyinxiamenxinxikejiyouxiangongsi |
| 161 | XJJinin |
| 162 | XMLAFMY |
| 163 | XMTAIMO |
| 164 | XMXLYX |
| 165 | XMZHIZI |
| 166 | Xuwuluo E-Commerce Co., Ltd. |
| 167 | YaErRui |
| 168 | Yangli |
| 169 | yanpeishangmao |

| | |
|---|---|
| 170 | YinFengBeauty |
| 171 | yingxinizhinengjiaju |
| 172 | yiqineng |
| 173 | YMBeeio |
| 174 | yongganniuniuwenhuakeji |
| 175 | yrycsq |
| 176 | Yuxi Store |
| 177 | |
| 178 | Zeqouiuo |
| 179 | Zhang Culvert Toys |
| 180 | |
| 181 | zhanglicaiwudi |
| 182 | |
| 183 | |
| 184 | zhangyuankeji |
| 185 | Zhaolaibao Store |
| 186 | zhengshijia |
| 187 | ZjjPlus |
| 188 | Zjurshop |
| 189 | ZRAKCHER |
| 190 | ZXCMnby |
| 191 | ZXCouiao |
| 192 | Zyuis |
| 193 | ZZF-DIY |